IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHARLES ALAN PFLUEGER, | CV 13-00395 DKW- RLP |
| Plaintiff, | |
| vs. | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| DENNIS LAWRENCE DUBAN, Individually, DUBAN ACCOUNTANCY LLP, nka DUBAN, SATTLER & ASSOCIATES LLP, JOHN DOES 1-10; JANE DOES 1-10; AND DOE ENTITIES 1-10, | |
| Defendants. | |
| DENNIS LAWRENCE DUBAN, and DUBAN ACCOUNTANCY LLP, | |
| Defendants/Third-Party Plaintiffs, | |
| vs. | |
| PFLUEGER, INC., RANDALL KURATA, TARYN R. SCHUMAN, CPA, INC., TARYN R. SCHUMAN, DOES 1-100, | |
| Third-Party Defendants. | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 30, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant Defendants/Third-Party Plaintiffs Dennis Lawrence Duban and Duban Accountancy LLP, fka Duban, Sattler & Associates LLP's [61] Petition for Determination of Good Faith Settlement" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: February 21, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Charles Alan Pflueger v. Dennis Lawrence Duban, et al.*; Civil. 13-00395 DKW-RLP; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**